# Exhibit A



**Tri-State Paper Co.**
149 e, church st.
Blackwood, NJ  08012
215-455-4506
215-455-4509

*Statement*

*Page 1 of 1*

*6-Nov-2023*

**Customer**

FOODRAMA CATERERS
4510-A ADAMS CIRCLE

NESHAMINY VALLEY, PA  19020

| Account# | Total Due | Current |
|---|---|---|
| 592 | $9,233.29 | ($0.35) |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $904.76 | $3,411.91 | $1,991.20 | $1,452.85 | $1,472.92 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| 2031726 | 7-Jun-23 | 7-Jun-23 | IN | $650.94 | $69.35 | Delinquent | |
| 2031787 | 9-Jun-23 | 9-Jun-23 | IN | $9.50 | $9.50 | Delinquent | |
| 2031870 | 15-Jun-23 | 15-Jun-23 | IN | $768.71 | $768.71 | Delinquent | |
| 2032090 | 23-Jun-23 | 23-Jun-23 | IN | $360.22 | $360.22 | Delinquent | |
| 2032169 | 28-Jun-23 | 28-Jun-23 | IN | $265.14 | $265.14 | Delinquent | |
| 2032576 | 24-Jul-23 | 24-Jul-23 | IN | $282.09 | $282.09 | Delinquent | Del Thrusday AM |
| 2032645 | 25-Jul-23 | 25-Jul-23 | IN | $261.55 | $261.55 | Delinquent | |
| 2032776 | 2-Aug-23 | 2-Aug-23 | IN | $909.21 | $909.21 | Delinquent | |
| 2032982 | 11-Aug-23 | 11-Aug-23 | IN | $672.69 | $672.69 | Delinquent | |
| 2033127 | 21-Aug-23 | 21-Aug-23 | IN | $191.45 | $191.45 | Delinquent | |
| OP00998307 | 23-Aug-23 | 23-Aug-23 | OP | ($0.35) | ($0.35) | Credit | |
| 2033201 | 24-Aug-23 | 24-Aug-23 | IN | $519.90 | $519.90 | Delinquent | |
| 2033280 | 30-Aug-23 | 30-Aug-23 | IN | $607.16 | $607.16 | Delinquent | |
| 2033369 | 6-Sep-23 | 6-Sep-23 | IN | $1,792.50 | $1,792.50 | Delinquent | |
| 2033445 | 14-Sep-23 | 14-Sep-23 | IN | $760.98 | $760.98 | Delinquent | |
| 2033561 | 20-Sep-23 | 20-Sep-23 | IN | $858.43 | $858.43 | Delinquent | |
| 2033640 | 22-Sep-23 | 22-Sep-23 | IN | $210.41 | $210.41 | Delinquent | |
| 2033713 | 28-Sep-23 | 28-Sep-23 | IN | $694.35 | $694.35 | Delinquent | |