*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tri-State Paper, Inc.<br>Debtor(s) | Case No. 23-13237-pmm<br>Chapter 11 |
| Tri-State Paper, Inc.<br>Plaintiff | |
| v. | Adversary No. 23-00075-pmm |
| Foodarama Caterers Inc.<br>Defendant | |

## DEFAULT JUDGMENT

Before Judge Patricia M. Mayer

    AND NOW, in accordance with Request for Entry of Default Judgment, Declaration and Certificate of Service it is

    ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, Tri-State Paper, Inc. and against Defendant, Foodarama Caterers Inc. in the amount of Nine Thousand Two Hundred Thirty Three Dollars and Twenty Nine Cents ($9,233.29), plus costs in the amount of Three Hundred Fifty Dollars ($350.00), for a total of Nine Thousand Five Hundred Eighty Three Dollars and Twenty Nine Cents ($9,583.29) sum certain.

Date: January 16, 2024

FOR THE COURT

ATTEST:

Timothy B. McGrath
Clerk of Court